IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02240-EWN-MEH

SHAWN SMITH,

    Plaintiff,

v.

PEPSI COLA BOTTLING COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 30, 2006.**

    Plaintiff has failed to certify that he has conferred with opposing counsel prior to the filing of his motion, as required by D.C.COLO.LCivR 7.1(A). Although the Plaintiff is *pro se* at this time, he is still required to comply with the rules of this Court. *See Green v. Dorrell*, 969 F.2d 915, 917 (10th Cir. 1992) (although the court must liberally construe *pro se* filings, *pro se* status does not excuse the obligation of any litigant to comply with the same rules of procedure that govern other litigants); *Nielsen v. Price*, 17 F.3d 1276, 1277 (10th Cir. 1994).

    Therefore, Plaintiff's Request and Motion to Continue the Scheduling Conference and Second Request to Combine or Join My Case with Case Number 05-cv-2627 [Filed March 27, 2006; Docket #8] is **denied** without prejudice.