IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02240-EWN-MEH

SHAWN SMITH,

    Plaintiff,

v.

PEPSI COLA BOTTLING COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 5, 2006.**

    For good cause shown, the Amended Plaintiff, Shawn Smith's Unopposed Motion for Leave of Court to File an Amended Complaint [Filed June 2, 2006; Docket #30] is **granted.**

    On or before June 7, 2006, the Plaintiff shall file his Amended Complaint with the office of the Clerk of this Court in accordance with the District of Colorado Electronic Case Filing ("ECF") Procedures. Plaintiff's Amended Complaint shall be in the same format and substance of that which was tendered with the Amended Plaintiff, Shawn Smith's Unopposed Motion for Leave of Court to File an Amended Complaint (Docket #30-3) and shall be accepted by the office of the Clerk as the governing pleading in this matter.