IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02240-EWN-MEH

SHAWN SMITH,

    Plaintiff,

v.

PEPSI COLA BOTTLING COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 10, 2006.**

    By agreement of the parties, and for good cause shown, the Joint Motion for Entry of Stipulated Protective Order [Filed July 7, 2006; Docket #43] is **granted**.  The Stipulated Protective Order agreed upon by the parties, and approved by this Court, shall be entered separately.