IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02240-EWN-MEH

SHAWN SMITH,

    Plaintiff,

v.

PEPSI COLA BOTTLING COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 14, 2006.**

The Joint Motion to Amend Scheduling Order and Reset Preliminary Pretrial Conference, Settlement Conference and Final Pretrial Conference [Filed July 11, 2006; Docket #47] is partially **granted**, partially **denied**, and partially taken under advisement as follows:

1. The request to reset the Preliminary Pretrial Conference scheduled for Tuesday, July 18, 2006, at 10:00 a.m., is **denied**, and the conference shall go forward as set forth in the Scheduling Order entered in this matter on April 17, 2006.

2. The request to vacate the Settlement Conference scheduled to follow the Preliminary Pretrial Conference on Tuesday, July 18, 2006, at 10:00 a.m., is **granted** and the conference is hereby **vacated.** However, counsel attending the Preliminary Pretrial Conference should be prepared to informally discuss settlement of the case and have their clients available by telephone. There is no requirement to submit confidential settlement documents/letters to the Court beforehand.

3. The parties' request to amend the Scheduling Order in this action is taken under advisement and will be addressed by the Court in more detail at the Preliminary Pretrial Conference.