**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-02240-EWN-MEH

SHAWN SMITH,

       Plaintiff,

v.

PEPSI COLA BOTTLING COMPANY,

       Defendant.

---

**ORDER ON JOINT MOTION TO AMEND SCHEDULING ORDER AND RESET
PRELIMINARY PRETRIAL CONFERENCE, SETTLEMENT CONFERENCE, AND
FINAL PRETRIAL CONFERENCE**

---

In a separate Order this date, the Court has set new schedules in this case based on the Plaintiff's attempt to certify a class. Therefore, to the extent of the Order setting the new schedules, and in light of the Court vacating the final pretrial conference (which will be held by the District Judge) and re-setting the preliminary pretrial conference and the settlement conference, the parties' request to amend the Scheduling Order [Filed July 11, 2006; Docket #47], which was taken under advisement in the Minute Order of July 14, 2006 (Docket #49), is **granted.**

Dated this 18th day of July, 2006.

BY THE COURT:

 S/Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge