IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–02240–EWN–MEH

SHAWN SMITH,

    Plaintiff,

v.

PEPSI COLA BOTTLING COMPANY,

    Defendant.

---

## ORDER

---

The matter comes before the court on "Plaintiff's Verified Unopposed Motion to Dismiss with Prejudice All of the Class Based Claims and Allegations Involving Race and Age Discrimination Which Are Contained in the Amended Complaint" (#67, filed October 3, 2006). After review of the motion and the file, the court has concluded that the motion should be granted regarding these Class claims.

THEREFORE, IT IS ORDERED:

1. Plaintiff's Verified Unopposed Motion to Dismiss with Prejudice All of the Class Based Claims and Allegations Involving Race and Age Discrimination Which Are Contained in the Amended Complaint (#67, filed October 3, 2006) is GRANTED;

2. All of Plaintiff's Class based claims and allegations of race and age discrimination in the Amended Complaint are dismissed with prejudice; and

3. Each of the parties is to pay his or its own costs and attorneys' fees herein expended.

Dated this 11th day of October, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge